UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
YESINEY A. MARINO,                                          Case No: 16-19418-LMI
                                                            Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Yesiney A. Marino by and through her undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On July 1, 2016 the instant case was filed as a chapter 7 bankruptcy.

2. On September 1, 2016 this case was dismissed due to debtor's failure to appear at the continued Meeting of Creditors which was set for August 29, 2016 at 8:30 A.M.

3. Due to a calendaring error on the part of the Debtor she did not appear to the Meeting of Creditors.

4. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtor pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 7th day of October, 2016 via ecf to Soneet Kapila, P.O. Box 14213, Fort Lauderdale, FL 33302 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:/s/ *Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161

1st Crd Srvc
410 Suite C
Woodbridge, NJ 07095

Ability Recovery Servi
Po Box 4031
Wyoming, PA 18644

Aes/Slm Trust
Po Box 61047
Harrisburg, PA 17106

Aes/Slm Trust
Po Box 61047
Harrisburg, PA 17106

Blmdsnb
9111 Duke Blvd
Mason, OH 45040

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6189
Sioux Falls, SD 57117

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218

Comenity Bank/Nwyrk&Co
220 W Schrock Rd
Westerville, OH 43081

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218

Comenitycapital/Dvdsbr
995 W 122nd Ave
Westminster, CO 80234

Comenitycapital/Gmstop
Po Box 182120
Columbus, OH 43218

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Gbs/First Electronic B
Po Box 4499
Beaverton, OR 97076

Jennifer A. Sesta, Esq.
P.O. Box 290335
Tampa, FL 33687

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lakes Radiology
15600 NW 67th Avenue
Suite 107
Miami Lakes, FL 33014-2174

Mabt/Contfin
121 Continental Dr Ste 1
Newark, DE 19713

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Midland Funding, LLC
c/o Sprechman & Associates, P.A.
2775 Sunny Isles Boulevard
Suite 100
North Miami Beach, FL 33160-4007

Mount Sinai
POB 40-3429
Miami Beach, FL 33140-1429

Quest Diagnostics
POB 740781
Cincinnati, OH 45274-0781

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940

Stellar Recovery Inc
1327 Hwy 2 W
Kalispell, MT 59901

Syncb/Amazon
Po Box 965015
Orlando, FL 32896

Syncb/Walmart
Po Box 965024
Orlando, FL 32896

Tridentam

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303

Webbnk/Fstr
6250 Ridgewood Roa
Saint Cloud, MN 56303